**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Jaime L. Bernet aka Jaime L. Rivera aka Jaime L. Grove<br>　　　　　　　Debtor<br><br>CIT BANK, N.A, or its Successor or Assignee<br>　　　　　　　Movant<br>　　　vs.<br><br>Scott F. Waterman (Chapter 13), Trustee<br>Jaime L. Bernet aka Jaime L. Rivera aka Jaime L. Grove<br>　　　　　　　Respondents | Chapter 13<br>Bankruptcy No. 15-12129-AMC |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

　　　I, Ann E. Swartz, attorney for CIT BANK, N.A, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: November 19, 2019

| | | |
|---|---|---|
| Jaime L. Bernet aka Jaime L. Rivera aka Jaime L. Grove<br>510 South Sandy Lane<br>Sinking Spring, PA 19608 | David S. Gellert<br>David S. Gellert PC<br>3506 Perkiomen Avenue<br>Reading, PA 19606 | Scott F. Waterman (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br><br>United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 |

　　　　　　　　　　　/s/ Ann E. Swartz, Esquire
　　　　　　　　　　　MARGARET GAIRO, ESQUIRE ID # 34419
　　　　　　　　　　　MARISA MYERS COHEN, ESQUIRE ID # 87830
　　　　　　　　　　　ANN E. SWARTZ, ESQUIRE ID # 201926
　　　　　　　　　　　LAUREN M. MOYER, ESQUIRE ID # 320589
　　　　　　　　　　　JOHN M. KOLESNIK, ESQUIRE ID # 308877
　　　　　　　　　　　Attorney for CIT BANK, N.A
　　　　　　　　　　　123 South Broad Street, Suite 1400
　　　　　　　　　　　Philadelphia, PA 19109
　　　　　　　　　　　Telephone: (215) 790-1010
　　　　　　　　　　　Facsimile: (215) 790-1274
　　　　　　　　　　　Email: ecfmail@mwc-law.com