# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    Jaime L. Bernet aka Jaime L. Rivera aka
Jaime L. Grove

                Debtor

CIT BANK, N.A , or its Successor or Assignee
                Movant
        vs.

Scott F. Waterman (Chapter 13), Trustee
Jaime L. Bernet aka Jaime L. Rivera aka Jaime L.
Grove
                Respondents

Chapter 13
Bankruptcy No. 15-12129-AMC

## ORDER

AND NOW, this ___ day of _____, 20__, it is hereby ORDERED that the

automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit CIT BANK,

N.A , or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other

rights it has under the mortgage or with respect to the property located at: 410 Seiberts Ct, Reading,

Pennsylvania 19609, such actions may include but are not limited to selling the property at Sheriff's Sale,

entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the

extent necessary to comply with applicable nonbankruptcy law.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA 19109

David S. Gellert
David S. Gellert PC
3506 Perkiomen Avenue
Reading, PA 19606

Jaime L. Bernet aka Jaime L. Rivera aka Jaime L.
Grove
510 South Sandy Lane
Sinking Spring, PA 19608

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107