United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 15-12129-amc
Jaime L. Bernet                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Marie              Page 1 of 1              Date Rcvd: Dec 13, 2019
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db          +Jaime L. Bernet,    510 South Sandy Lane,    Sinking Spring, PA 19608-8943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
      ALEXANDRA T. GARCIA    on behalf of Creditor    CIT Bank, N.A. c/o LoanCare, LLC
       ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
      ANN E. SWARTZ    on behalf of Creditor    CIT BANK, N.A ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      DAVID S. GELLERT    on behalf of Debtor Jaime L. Bernet dsgrdg@ptdprolog.net
      DENISE ELIZABETH CARLON    on behalf of Creditor     NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Jaime L. Bernet aka Jaime L. Rivera aka Jaime L. Grove<br>            Debtor<br><br>CIT BANK, N.A , or its Successor or Assignee<br>            Movant<br>   vs.<br><br>Scott F. Waterman (Chapter 13), Trustee<br>Jaime L. Bernet aka Jaime L. Rivera aka Jaime L. Grove<br>            Respondents | Chapter 13<br>Bankruptcy No. 15-12129-AMC |

**ORDER**

AND NOW, this ___ day of _____, 20_19_, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit CIT BANK, N.A , or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 410 Seiberts Ct, Reading, Pennsylvania 19609, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc.:
Scott F. Waterman (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

David S. Gellert
David S. Gellert PC
3506 Perkiomen Avenue
Reading, PA 19606

Jaime L. Bernet aka Jaime L. Rivera aka Jaime L. Grove
510 South Sandy Lane
Sinking Spring, PA 19608

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107