United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12129-pmm
Jaime L. Bernet                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 2              Date Rcvd: Jun 18, 2020
                              Form ID: 138NEW           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.
```
db             +Jaime L. Bernet,    510 South Sandy Lane,   Sinking Spring, PA 19608-8943
smg            +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr             +NATIONSTAR MORTGAGE, LLC,    c/o Kevin S. Frankel,   Shapiro & DeNardo, LLC,
                 3600 Horizon Boulevard,   Suite 150,   King of Prussia, PA 19406-4702
13541665       +BMW Bank of North America,    PO BOX 23356,   Pittsburgh, PA 15222-6356
13499314       +C. Malcolm Smith III & Company,    1258 Penn Ave., #1,   Reading, PA 19610-2147
14085373       +CIT BANK, N.A,    c/o McCabe, Wesberg & Conway, P.C.,    123 South Broad Street,   Suite 2080,
                 Philadelphia, PA 19109-1031
14084151       +CIT Bank, N.A. c/o LoanCare, LLC,    3637 Sentara Way,   Virginia Beach, Virginia 23452-4262
13499315       +Citi Card,    P. O. Box 6500,   Sioux Falls, SD 57117-6500
13499316       +Five Star Home Foods, Inc.,    234 Mall Blvd., Ste. 140,   King of Prussia, PA 19406-2954
13499322      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
               (address filed with court: Met-Ed,     P. O. Box 16001,   Reading, PA 19612-6001)
13499323       +MINI Card Services,    P. O. Box 9210,   Old Bethpage, NY 11804-9010
13499319       +Marriott Resorts,    6649 Westwood Blvd.,   Orlando, FL 32821-8029
13547648       +Met-Ed, a First Energy Company,    331 Newman Springs Road, Building 3,
                 Red Bank,   NJ 07701-5688
13499324      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Dr.,   Lewisville, TX 75067)
13709073       +Nationstar Mortgage LLC,    c/o Kevin S. Frankel, Esq.,   3600 Horizon Drive, Ste 150,
                 King of Prussia, PA 19406-4702
13499326        Ocwen Loan Servicing LLC,    P. O. Box 24738,   West Palm Beach, FL 33416-4738
13499325        Ocwen Loan Servicing LLC,    P. O. Box 1330,   Waterloo, IA 50704-1330
13517077       +OneWest Bank N.A. fka OneWest Bank FSB,    PO Box 9013,   Addison, TX 75001-9013
13510893        Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
13499330        Wells Fargo Dealer Services,    P. O. Box 168048,   Irving, TX 75016-8048
13542307        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,   POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2020 04:26:45      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2020 04:26:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycom.com Jun 19 2020 04:31:36      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13513940        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 19 2020 04:26:17     RBS Citizens NA,
                 443 Jefferson Blvd,    RJW 135,   Warwick RI 02886
13499328        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 19 2020 04:26:17     RBS Citizens, N.A.,
                 Consumer Loan Servicing,    P. O. Box 42002,   Providence, RI 02940-2002
13656973       +E-mail/Text: dsgrdg@ptdprolog.net Jun 19 2020 04:26:29     David S. Gellert, Esquire,
                 David S. Gellert, P.C.,    3506 Perkiomen Avenue,   Reading, PA 19606-2711
13499317       +E-mail/Text: EBN_Notifications@OWB.com Jun 19 2020 04:26:32     IndyMac Mortgage Services,
                 2900 Esperanza Crossing,    Austin, TX 78758-3658
13499318        E-mail/Text: EBN_Notifications@OWB.com Jun 19 2020 04:26:33     IndyMac Mortgage Services,
                 P. O. Box 4045,   Kalamazoo, MI 49003-4045
13499321        E-mail/Text: MVCIBL@VACATIONCLUB.COM Jun 19 2020 04:26:48     Marriott Ownership Resorts, Inc.,
                 P.O. Box 8038,   Lakeland, FL 33802-8038
13499320       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Jun 19 2020 04:26:48     Marriott Vacation Club,
                 1200 Bartow Road,   Lakeland, FL 33801-5901
13499327        E-mail/PDF: cbp@onemainfinancial.com Jun 19 2020 04:31:34     OneMain Financial,
                 Bankruptcy Dept.,   P. O. Box 6042,   Sioux Falls, SD 57117-6042
13569250        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:31:40      Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13507838        E-mail/PDF: rmscedi@recoverycorp.com Jun 19 2020 04:31:58      Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13499329        E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:31:56      Synchrony Bank/Sams Club,
                 P. O. Box 965005,   Orlando, FL 32896-5005
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-4          User: Stacey              Page 2 of 2                  Date Rcvd: Jun 18, 2020
                              Form ID: 138NEW           Total Noticed: 39

13499313      ##+Brad and Vicki Crabtree,    410 Seiberts Court,    Reading, PA 19609-1747
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    CIT Bank, N.A. c/o LoanCare, LLC
               ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    CIT BANK, N.A ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              DAVID S. GELLERT    on behalf of Debtor Jaime L. Bernet dsgrdg@ptdprolog.net
              DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jaime L. Bernet
      Debtor(s)                                  Bankruptcy No: 15−12129−pmm
                                                        Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                     United States Bankruptcy Court
                 Office of the Clerk, Gateway Building
                    201 Penn Street, 1st Floor
                          Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                     For The Court
                                                                Timothy B. McGrath
                                                                  Clerk of Court

Dated: 6/18/20

                                                                                       54 − 53
                                                                        Form 138_new