United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 15-12129-pmm
Jaime L. Bernet                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 1              Date Rcvd: Jul 20, 2020
                              Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db              +Jaime L. Bernet,    510 South Sandy Lane,    Sinking Spring, PA 19608-8943

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor   CIT Bank, N.A. c/o LoanCare, LLC
           ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    CIT BANK, N.A ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          DAVID S. GELLERT    on behalf of Debtor Jaime L. Bernet dsgrdg@ptdprolog.net
          DENISE ELIZABETH CARLON    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC pa-bk@logs.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                  : Chapter 13

Jaime L. Bernet                                         : Case No. 15–12129–pmm
          Debtor(s)

### ORDER

_____

AND NOW, this day , July 20, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

58
Form 195